IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHILLIP JAMES WYNER                                                                                    PLAINTIFF

v.                                            Case No. 4:24-cv-04037

SERGEANT DOCKERY,
Miller County Detention Center (MCDC);
SERGEANT FRAZIER, MCDC;
LIEUTENANT GUTHRIE, MCDC;
LIEUTENANT ALICE MILLER,
MCDC; and CAPTAIN ADAMS, MCDC                                                          DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed April 15, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21). Judge Ford recommends that Defendants' Motion to Dismiss be granted and the case be dismissed with prejudice because of Plaintiff's intentional failure to prosecute this case, his failure to obey the Court's Orders, and his failure to comply with the Local Rules. (ECF No. 21, at 4).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 21) *in toto*. Accordingly, the Court finds that Defendants' Motion to Dismiss (ECF No. 19) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE** for an intentional failure to prosecute this case, failure to obey Court Orders, and failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED**, this 4th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge